Robert W. Edmiston, Administrator of Estate of Ronald Wayne Edmiston, Deceased, Appellant, v. Robert Hampton, Appellee.

Heard in this court at May term, 1942; opinion filed June 27, 1942. Robert W. Tunnell and Henry B. Eaton, for appellant; Kramer, Campbell, Costello & Wiechert, for appellee. Opinion by PRESIDING JUSTICE STONE. "Not to be published in full."